**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL MILLER, on behalf of himself and all other persons similarly situated, known and unknown, | ) ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 15 C 50151 |
| v. | ) ) | Judge Kapala |
| | ) | Magistrate Judge Johnston |
| BUDDYZ MCHENRY, INC., and JOHN BEUCKENS, individually, | ) ) ) | |
| Defendants. | ) | |

**STIPULATION FOR VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Michael Miller, through his attorneys, state that this matter is fully settled and hereby stipulate to the dismissal of Plaintiff's Complaint and all causes of action asserted therein, in its entirety, with prejudice.

DATED: September 16, 2015

Respectfully submitted,

By: s/Douglas M. Werman
Douglas M. Werman
Maureen A. Salas
Sarah J. Arendt
Zachary C. Flowerree
Werman Salas P.C.
77 W. Washington, Suite 1402
Chicago, IL 60602
(312) 419-1008

Attorneys for Plaintiff